IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YOIS TORRES and JOHAN PIRELA, INDIVIDUALLY and as PARENTS and NATURAL GUARDIANS of ALESSANDRA ARIAS, <br><br> Plaintiffs, <br><br> v. <br><br> KNIGHT TRANSPORTATION, INC. and PAMELA BELL, <br><br> Defendants. | CIVIL ACTION FILE NO. _____ |

## **NOTICE OF REMOVAL**

COME NOW defendants and, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, file this notice of removal within the time prescribed by law, showing the Court as follows:

1.

On March 8, 2022, plaintiffs filed a complaint in the State Court of DeKalb County, Georgia, Civil Action No. 22A00853, which county is within the Atlanta Division of the Northern District of Georgia.

2.

A true and correct copy of all process, pleadings, and orders filed in connection with this action is attached hereto as Exhibit A. Defendants have no knowledge of any other process, pleadings, or orders filed or served in connection with this action, other than those attached hereto.

3.

This Court has original jurisdiction over the above-referenced case under 28 U.S.C. § 1332.

4.

This notice of removal is filed within the time period prescribed by 28 U.S.C. § 1446(b).

5.

There is complete diversity among the parties. *See* 28 U.S.C. § 1441(b)(2).

6.

Plaintiffs are citizens of Georgia. (Compl. ¶ 1.)

7.

Defendant Knight Transportation, Inc. is a corporation existing under the laws of Arizona with its principal place of business in Arizona. (Compl. ¶ 2.)

Accordingly, it is a citizen of Arizona for purposes of diversity jurisdiction. 28 U.S.C. § 1332(c)(1).

8.

Defendant Pamela Bell is a citizen of Louisiana. (Compl. ¶ 3.)

9.

Defendants make a plausible allegation that plaintiffs are seeking recovery in an amount in excess of $75,000, exclusive of interest and costs. *Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 135 S. Ct. 547, 554 (2014). Specifically, plaintiffs allege they have incurred past medical expenses of $109,419.16 and will continue to incur future medical expenses; they have incurred and will continue to incur lost wages; and they have endured and will continue to endure physical and emotional pain and suffering. (Compl. ¶¶ 16-19 and Prayer for Relief.)

10.

The undersigned has read this notice of removal, and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, it is well-grounded in fact, is warranted by existing law, and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

WHEREFORE, this notice of removal having been filed, said action shall proceed in the United States District Court for the Northern District of Georgia, Atlanta Division, and no further proceedings shall be held in said case in the State Court of DeKalb County.

                STONE KALFUS LLP

                */s/ Matthew P. Stone*
                Matthew P. Stone
                Georgia Bar No. 684513
                matt.stone@stonekalfus.com
                Shawn N. Kalfus
                Georgia Bar No. 406227
                shawn.kalfus@stonekalfus.com
                Sheetal M. Brahmbhatt
                Georgia Bar No. 142065
                sheetal.brahmbhatt@stonekalfus.com
                Attorneys for Defendants

One Midtown Plaza
1360 Peachtree Street NE
Suite 1250
Atlanta, GA 30309
(404) 736-2600 (telephone)
(877) 736-2601 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing *Notice of Removal* to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants. Counsel of record is:

> Nathalie Dressie, Esq.
> The Dressie Law Firm, LLC
> 3500 Lenox Road, NE
> Suite 1500
> Atlanta, GA 30326

This 29th day of April, 2022.

/s/ *Matthew P. Stone*
Matthew P. Stone
Georgia Bar No. 684513

STONE KALFUS LLP
One Midtown Plaza
1360 Peachtree Street NE
Suite 1250
Atlanta, GA 30309
(404) 736-2600 (telephone)
(877) 736-2601 (facsimile)