IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| YOIS TORRES, *individually and as Parent and Natural Guardian of Alessandra Arias*, and JOHAN PIRELA, *individually and as Parent and Natural Guardian of Alessandra Arias*,<br><br>    Plaintiffs,<br><br>v.<br><br>KNIGHT TRANSPORTATION, INC. and PAMELA BELL,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>1:22-cv-01712-LMM |

# **ORDER**

This matter is before the Court on Plaintiffs' Motion to Remand [23]. Defendants removed the case to this Court under diversity of citizenship jurisdiction, citing 28 U.S.C. § 1332(c)(1). Dkt. No. [1] at 2. Defendants indicated in their notice of removal that Defendant Knight Transportation, Inc. was a citizen of Arizona and Defendant Pamela Bell was a citizen of Louisiana. In their Motion, Plaintiffs request that this case be remanded to state court, arguing that this Court lacks subject matter jurisdiction because both Plaintiffs and Defendant Pamela Bell are citizens and residents of Georgia and no claims arise under

federal law. Plaintiffs cited the affidavit of service for Defendant Bell, which indicates that she resides in and was served in Sparta, Georgia. Dkt. No. [21] at 2. Defendants, who are represented by counsel, have not filed a response. Accordingly, Plaintiffs' Motion [23] is **GRANTED** as unopposed. See LR 7.1(B), NDGa ("Failure to file a response shall indicate that there is no opposition to the motion.").

The Clerk is **DIRECTED** to **REMAND** this case to the State Court of Dekalb County.

**IT IS SO ORDERED** this 3rd day of October, 2022.

_____
**Leigh Martin May**
**United States District Judge**